## CIVIL MINUTES – GENERAL

Case No.: 2:17-cv-08719-RAO            Date: March 20, 2018
Title:      Nicoline Ambe et al v. Air France, SA

---

Present:      The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**          (In Chambers) **ORDER TO SHOW CAUSE**

        This action was filed on December 4, 2017 by Nicoline Ambe and The Estate of the Decedent Ndiforchu Alfred Tamunang (by administrator Nicoline Ambe) ("Plaintiffs") against Air France, SA ("Defendant"). To date, Plaintiffs have not filed a proof of service of the Summons and Complaint. Defendant has not yet appeared in the action.

        The Court, on its own motion, orders Plaintiffs to show cause in writing no later than April 3, 2018 why this action should not be dismissed for lack of prosecution and for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure. Failure to file a timely response to this Order may result in dismissal of the action. If Plaintiff does not intend to proceed with this action, Plaintiff may voluntarily dismiss the case pursuant to Federal Rule of Civil Procedure 41(a) by filing form CV-009, which can be found on the Central District of California's webpage: www.cacd.uscourts.gov.

        **IT IS SO ORDERED.**

                                                                          _____ : _____
                                                Initials of Preparer        dl

---